*sistant Attorney General McInerney, John F. Davis* and *Robert S. Erdahl* for the United States.

No. 734.  BAKER *v.* LEENHOUTS ET AL.; and
No. 746.  GENERAL MOTORS ACCEPTANCE CORP. *v.* COMMISSIONER OF BANKS OF WISCONSIN.  Appeals from the Supreme Court of Wisconsin.  *Per Curiam:* The appeals are dismissed for want of a substantial federal question.  MR. JUSTICE JACKSON took no part in the consideration or decision of case No. 746.  *Louis Quarles* for appellant in No. 734.  *Jackson M. Bruce* and *Henry M. Hogan* for appellant in No. 746.  *Vernon W. Thomson,* Attorney General of Wisconsin, and *Harold H. Persons,* Assistant Attorney General, for appellees in No. 734.  *Mr. Thomson, Roy G. Tulane,* Assistant Attorney General, and *William E. Torkelson* for appellee in No. 746.

No. 745.  MINICH ET AL. *v.* CITY OF SHARON ET AL.  Appeal from the Supreme Court of Pennsylvania.  *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question.  *M. L. McBride* for appellants.  *Nathan Routman* and *William H. Eckert* for appellees.

No. 752.  SIMMONS *v.* CITY OF BIRMINGHAM.  Appeal from the Court of Appeals of Alabama.  *Per Curiam:* The appeal is dismissed for the want of a properly presented federal question.  MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion probable jurisdiction should be noted.  *George E. Trawick* for appellant.